FILE COPY

DATE: 5/22/2015

RE: Case No. 15-0390
COA #: 12-14-00261-CV    TC#: 2013C-1185
STYLE:NATIONSTAR MORTGAGE, L.L.C.
    v. KEN LANDERS AND CLARLINDA LANDERS

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 2 6 2015

TYLER TEXAS
CATHY S. LUSK, CLERK